UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY STAS and THOMAS STEWART, derivatively on behalf of STARBUCKS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAXMAN NARASIMHAN, RACHEL RUGGERI, RICHARD E. ALLISON, JR., ANDREW CAMPION, BETH FORD, MELLODY HOBSON, JORGEN VIG KNUDSTORP, NEAL MOHAN, SATYA NADELLA, DANIEL SERVITJE, MIKE SIEVERT, and WEI ZHANG,<br><br>Defendants,<br><br>and<br><br>STARBUCKS CORPORATION,<br><br>Nominal Defendant. | Case No. 2:26-cv-03508-JHC<br><br>**STIPULATION AND ORDER TO STAY DERIVATIVE CASE**<br><br>NOTE ON MOTION CALENDAR:<br>November 24, 2026 |

Plaintiffs Jeffrey Stas and Thomas Stewart ("Plaintiffs"), Defendants Laxman Narasimhan, Rachel Ruggeri, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Satya Nadella, Daniel Servitje, Mike Sievert, and Wei Zhang (the "Individual Defendants") and Nominal Defendant Starbucks Corporation ("Starbucks" and with the Individual Defendants, "Defendants" and Defendants with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation.

WHEREAS, on October 21, 2024, plaintiff Katherine King filed a related stockholder derivative action in this Court on behalf of Nominal Defendant Starbucks against many of the same defendants named in the above-captioned action for breaches of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Sections 14(a), 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and contribution under Sections 10(b) and 21D of the Exchange Act, alleging that a demand upon Starbucks' Board of Directors (the "Board") to bring such claims is excused as futile (the "Demand Excused Action");[1]

WHEREAS, on September 18, 2026, Plaintiffs Jeffrey Stas and Thomas Stewart filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, *inter alia*, breaches of fiduciary duty, unjust enrichment, and waste of corporate assets, and further alleging that Plaintiffs' demands to bring the claims therein was refused (the "Demand Refused Action");

WHEREAS, a related securities fraud class action is also pending in the United States District Court for the Western District of Washington captioned *Garbaccio v. Starbucks Corp.*, *et al.*, No. 2:24-cv-01362-JHC (W.D. Wash.), which purports to allege violations of federal securities laws against Starbucks and certain of the Individual Defendants (the "Securities Class Action");

---

[1] Additional Starbucks stockholders later filed suit in this Court bringing many of the same claims as plaintiff King and similarly alleging that demand on Starbucks' Board is futile, which were later consolidated into the Demand Excused Action. *See* Demand Excused Action, ECF 53.

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the court appointed a lead plaintiff in the Securities Class Action on November 19, 2024 (Securities Class Action, Dkt. No. 22), and on August 6, 2026, the court entered a schedule whereby the Securities Class Action plaintiffs were to file their motion for leave to file a Second Amended Complaint by September 4, 2026; the Securities Class Action defendants were to file their opposition by October 6, 2026; and the Securities Class Action plaintiffs were to file their reply by October 26, 2026; and the court further ordered that the Securities Class Action defendants' deadline to answer or otherwise respond to the operative complaint would be held in abeyance pending the court's resolution of the motion for leave to file a Second Amended Complaint (Securities Class Action, Dkt. No. 103);

WHEREAS, on October 27, 2026, the Court granted the Securities Class Action plaintiffs' motion for leave to amend (Securities Class Action, Dkt. No. 122);

WHEREAS, the Securities Class Action plaintiffs filed their Second Amended Complaint on October 28, 2026 (Securities Class Action, Dkt. No. 125);

WHEREAS, the Securities Class Action defendants intend to file a motion to dismiss the Second Amended Complaint in the Securities Class Action on December 11, 2026, briefing on which will be complete on February 19, 2027 (Securities Class Action, Dkt. No. 128);

WHEREAS, the Parties agree that the resolution of the anticipated motion(s) to dismiss in the Securities Class Action may help inform the Parties and Court on the manner in which the Demand Refused Action should proceed;

WHEREAS, in the interest of judicial economy, conservation of resources, and the efficient resolution of both actions, the Parties agree that the Demand Refused Action should be temporarily stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Second Amended Complaint in the Securities Class Action, including any appeals;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. Defendants hereby accept service of the complaint filed in the Demand Refused Action.

2. The Demand Refused Action is stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Second Amended Complaint in the Securities Class Action, including any appeals.

3. Defendants have no obligation to answer or otherwise respond to the complaint in the Demand Refused Action during the pendency of the stay.

4. Notwithstanding the foregoing, during the pendency of the stay, Plaintiffs may amend the complaint in the Demand Refused Action. For the avoidance of doubt, Defendants have no obligation to answer or otherwise respond to any amended complaint(s) in the Demand Refused Action during the pendency of the stay.

5. Once this stipulated stay of proceedings is lifted, the Parties shall meet and confer, including regarding whether a further stay is warranted, and within fourteen (14) days after the stay is lifted, shall submit a proposed schedule for the Demand Refused Action or a further stipulation regarding a stay to the Court for approval.

6. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, arguments, and defenses, including but not limited to any defenses under the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, as well as any and all other procedural or substantive challenges to the Demand Refused Action or any other complaint.

IT IS SO STIPULATED.

DATED: November 24, 2026

**K&L GATES LLP**

/s/ *Kari L. Vander Stoep*
Kari L. Vander Stoep, WSBA # 35923
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: kari.vanderstoep@klgates.com
tyler.lichter@klgates.com

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (*Pro Hac Vice* Forthcoming)
SUSAN E. ENGEL (*Pro Hac Vice* Forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

MICHELE D. JOHNSON (*Pro Hac Vice* Forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

WHITNEY B. WEBER (*Pro Hac Vice* Forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

*Attorneys for Defendants*

DATED: November 24, 2026

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Karin B. Swope*
Karin B. Swope (Wash. State Bar No. 24015)
Andrew J. Fuller (Wash. State Bar No. 63273)
1809 7th Avenue, Suite 1610
Seattle, WA 98101
T: (206) 802-1272
F: (206) 299-4184
kswope@cpmlegal.com
afuller@cpmlegal.com

*Local Counsel for Plaintiffs*

Michael I. Fistel, Jr. (*Pro Hac Vice* Forthcoming)
Mary Ellen Conner (*Pro Hac Vice* Forthcoming)
**JOHNSON FISTEL, PLLP**
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (619) 363-8326
MichaelF@johnsonfistel.com
Maryellenc@johnsonfistel.com

Gregory M. Nespole (*Pro Hac Vice* Forthcoming)
Daniel Tepper (*Pro Hac Vice* Forthcoming)
**LEVI & KORSINSKY**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
gnespole@zlk.com
dtepper@zlk.com

*Attorneys for Plaintiffs*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 24, 2026.

John H. Chun
United States District Judge